

ACCEPTED
15-25-00043-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 3:41 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 3:41:33 PM
CHRISTOPHER A. PRINE
Clerk

**Dykema Gossett PLLC**
Weston Centre
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
WWW.DYKEMA.COM
Tel:  (210) 554-5500
Fax: (210) 226-8395

**Donna K. McElroy**
Direct Dial: (210) 554-5272
Direct Fax: (866) 634-9188
Email: DMcElroy@dykema.com

May 13, 2025                                  **Via E-file**

Christopher A. Prine
Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:    No.15-25-00043-CV, *The Conservation Society of San Antonio et al. v. University of Texas at San Antonio et al.*

Dear Mr. Prine:

Our Firm represents the City of San Antonio in the above-referenced matter. The City is in receipt of the Motion for Emergency Relief and Petition for Writ of Injunction ("Motion") that Appellants filed late last night. The City is also in receipt of UTSA's correspondence filed this morning and concurs with UTSA's summary of the facts and proceedings at the trial court level. The City would also note that Appellants seek different relief than was requested in the trial court. Specifically, Appellants seek, for the first time, to enjoin the City and UTSA for alleged violations of the Texas Health and Safety Code. Additionally, as we have steadfastly maintained, the City is not the owner of the property at issue and has no control (or right of control) over the ongoing demolition. As a result, Appellants effectively seek an advisory opinion/order enjoining the City from conduct it is not and cannot engage in.

To the extent the Court further considers Appellants' Emergency Motion, (as opposed to denying it without the need for further response) the City respectfully requests that it be given one week (until May 20, 2025) to respond to Appellants' Motion for Emergency Relief and Petition for Writ of Injunction.

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

4921-2111-6227.2

Sincerely,

**Dykema Gossett PLLC**

Donna K. McElroy

cc:    Katy Jo Richards [firm]
        Guillermo Alarcon
        Steve Chiscano
        Nadeen Abou-Houssa
        Art Martinez de Vara
        Charles Sierra
        David E. Campa
        Robert W. Wilson
        Mark Anthony Sanchez

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ariel Velasquez on behalf of Donna McElroy
Bar No. 13582050
avelasquez@dykema.com
Envelope ID: 100784872
Filing Code Description: Letter
Filing Description: COSAConservation Society COSAs Ltr to Clerk on Appellants Emergency Motion
Status as of 5/13/2025 3:49 PM CST

Associated Case Party: THE CONSERVATION SOCIETY OF SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Arturo IMartinez de Vara | | martinezdevara@gmail.com | 5/13/2025 3:41:33 PM | SENT |
| Robert W.Wilson | | rww@sanchezwilson.com | 5/13/2025 3:41:33 PM | SENT |
| Mark Sanchez | 795857 | mas@sanchezwilson.com | 5/13/2025 3:41:33 PM | SENT |
| Charles Sierra | | charles@sierraspears.com | 5/13/2025 3:41:33 PM | SENT |
| Misty Spears | | misty@sierraspears.com | 5/13/2025 3:41:33 PM | SENT |
| Terri Gould | | mdvlawparalegal@gmail.com | 5/13/2025 3:41:33 PM | SENT |
| David Campa | | david@mdv.law | 5/13/2025 3:41:33 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Martha Adams | 871490 | martha@madamslaw.com | 5/13/2025 3:41:33 PM | SENT |
| Steve Chiscano | 24001882 | schiscano@gcaklaw.com | 5/13/2025 3:41:33 PM | SENT |
| Donna McElroy | 13582050 | dmcelroy@dykema.com | 5/13/2025 3:41:33 PM | SENT |
| Matthew Baumgartner | 24062605 | mbaumgartner@abaustin.com | 5/13/2025 3:41:33 PM | SENT |
| Guillermo Alarcon | 24099176 | galarcon@abaustin.com | 5/13/2025 3:41:33 PM | SENT |
| Nadeen Abou-Hossa | 24115449 | nabou-hossa@gcaklaw.com | 5/13/2025 3:41:33 PM | SENT |
| Katelyn Richards | 24125380 | krichards@dykema.com | 5/13/2025 3:41:33 PM | SENT |
| Carol Qualls | | cqualls@dykema.com | 5/13/2025 3:41:33 PM | SENT |
| Ariel Velasquez | | avelasquez@dykema.com | 5/13/2025 3:41:33 PM | SENT |

Associated Case Party: CITY OF SAN ANTONIO

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ariel Velasquez on behalf of Donna McElroy
Bar No. 13582050
avelasquez@dykema.com
Envelope ID: 100784872
Filing Code Description: Letter
Filing Description: COSAConservation Society  COSAs Ltr to Clerk on Appellants Emergency Motion
Status as of 5/13/2025 3:49 PM CST

Associated Case Party: CITY OF SAN ANTONIO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Donna KayMcElroy | | dmcelroy@dykema.com | 5/13/2025 3:41:33 PM | SENT |